**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| TONI R. DUMAS, on behalf of the Lift, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT E. LESSER, AEGIS FIDUCIARY SERVICES, LLC, DONALD G. HERMAN, KIRK W. SEARS and MARK C. JOHNSON,<br><br>               Defendants. | Case No. 5:23-cv-03979-JLS |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY DEFENDANTS DONALD G. HERMAN, KIRK W. SEARS, AND MARK C. JOHNSON

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Donald G. Herman, Kirk W. Sears, and Mark C. Johnson respectfully move to dismiss Plaintiff's Amended Complaint (D.E. 34). As explained more fully in the accompanying Memorandum in Support, Plaintiff's Amended Complaint should be dismissed for failing to state claims upon which relief can be granted.

Pursuant to Local Rule 7.1(f), and due to the breadth and complexity of the issues raised by the Amended Complaint and by this Motion, Defendants Herman, Sears, and Johnson respectfully request oral argument on this Motion.

Dated:  March 22, 2024

Respectfully submitted,

**GROOM LAW GROUP, CHARTERED**

By: */s/ Lars C. Golumbic*
Lars C. Golumbic (*pro hac vice*)
William J. Delany (PA Bar No. 74864)
Paul J. Rinefierd (*pro hac vice*)
1701 Pennsylvania Ave., NW, Suite 1200

Washington, DC 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
lgolumbic@groom.com
wdelany@groom.com
prinefierd@groom.com

*Attorneys for Defendants Donald G.
Herman, Kirk W. Sears, and Mark C.
Johnson*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 22, 2024, I served the foregoing on all parties of record via ECF.


*/s/ Lars C. Golumbic*
Lars C. Golumbic